# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>     Plaintiff,<br><br>     v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>     Defendants. | Case No. 1:21-cv-00879-NONE-SAB<br><br>ORDER GRANTING CAMILLE R. NICODEMUS, ATTORNEY FOR TRANS UNION, LLC'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 9) |

On June 11, 2021, Camille R. Nicodemus filed a pro hac vice application seeking admission to practice *pro hac vice* in this matter. (ECF No. 9.)

The court has read and considered the application of Camille R. Nicodemus, attorney for Defendant Trans Union, LLC for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Camille R. Nicodemus's application for admission to practice *pro hac vice* is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **June 11, 2021**

UNITED STATES MAGISTRATE JUDGE

1