# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00879-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI TO RESPOND TO COMPLAINT<br><br>(ECF No. 20)<br><br>DEADLINE: AUGUST 2, 2021 |

On June 25, 2021, a stipulation was filed to extend time for defendant Higher Education Loan Authority of the State of Missouri to respond to the complaint by twenty-one (21) days, which pursuant to Local Rule 144(a), did not need Court approval. (ECF No. 16.) On July 16, 2021, a stipulation was filed extending the time for Defendant Higher Education Loan Authority of the State of Missouri until August 2, 2021, to allow for the continuation of productive settlement discussions. (ECF No. 20.) The Court finds good cause to approve the stipulated request.

///

///

///

///

1

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendant Higher Education Loan Authority of the State of Missouri shall file a pleading responsive to the complaint on or before **August 2, 2021**.

IT IS SO ORDERED.

Dated:   **July 19, 2021**

UNITED STATES MAGISTRATE JUDGE