# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELISSA LOIS WALKER,

Plaintiff,

v.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,

Defendants.

Case No. 1:21-cv-00879-DAD-SAB

ORDER CONTINUING SCHEDULING CONFERENCE UNTIL FEBRUARY 24, 2022

(ECF No. 5)

This action was filed on June 2, 2021, and a scheduling conference is currently set for August 31, 2021. (ECF No. 1, 5.) On June 25, 2021, Defendants Trans Union, LLC, and Action Financial Services, LLC, filed answers. (ECF Nos. 15, 18.) On July 23, 2021, Defendant Equifax Information Services, LLC, filed an answer. (ECF No. 22.) On August 2, 2021, Defendant Higher Education Loan Authority of the State of Missouri filed an answer. (ECF No. 23.) On August 19, 2021, Defendant Higher Education Loan Authority of the State of Missouri also filed a motion for judgment on the pleadings, to be decided by the District Judge. (ECF No. 24.)

Pursuant to the order setting the scheduling conference, a joint scheduling report was required to be filed on or before August 24, 2021, however, no such report was filed and no party filed any notice to the Court as to whether the parties were ready to proceed with the scheduling

conference. Despite answers being filed by all Defendants, given the recently filed motion for judgment on the pleadings, the Court finds it appropriate to continue the scheduling conference to allow for a decision on the motion for judgment on the pleadings. If a decision on the motion is made prior to the scheduling conference, or the case otherwise becomes ready for a scheduling conference through voluntary dismissal of Defendant Higher Education Loan Authority of the State of Missouri or otherwise, the parties may request the scheduling conference be advanced.

Further, the parties are admonished for not filing the joint scheduling report or otherwise informing the Court whether they were in a position to move forward with the scheduling conference.

Accordingly, finding good cause, IT IS HEREBY ORDERED that:

1. The scheduling conference set for August 31, 2021, is CONTINUED to **February 24, 2022, at 10:30 a.m.** in Courtroom 9;
2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference; and
3. The failure to file a joint scheduling report seven (7) days prior to the scheduling conference may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **August 25, 2021**

UNITED STATES MAGISTRATE JUDGE