# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-00879-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY<br><br>(ECF No. 33) |

　　　　Plaintiff Melissa Lois Walker filed this action against Defendants Higher Education Loan Authority of the State of Missouri (MOHELA), Action Financial Services, LLC, Trans Union, LLC, and Equifax Information Services, LLC on June 2, 2021.  (ECF No. 1.)  Defendants have all filed answers to the complaint.  (ECF Nos. 15, 18, 22, 23.)  On August 19, 2021, MOHELA filed a motion for judgment on the pleadings, which has been deemed submitted on the papers before the District Judge.  (ECF Nos. 24, 25, 28, 31.)  The initial scheduling conference in this matter is currently set for June 23, 2022.  (ECF No. 32.)

　　　　On March 25, 2022, MOHELA submitted a filing titled "brief in support of motion for a protective order to stay discovery," which in substance appears to be a motion to stay discovery pending adjudication of MOHELA's motion for judgment on the pleadings.  (ECF No. 33.)  The motion, which was initially set before the District Judge, has been reset before the undersigned

1

for hearing on May 4, 2022. (ECF No. 34.) To avoid any confusion that may arise from the caption and docket entry of MOHELA's filing being characterized as a "brief" rather than a "motion," the Court confirms to the parties that the filing is deemed a motion, to which Plaintiff must oppose or file a statement of non-opposition in accordance with Local Rule 230.[1]

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file an opposition or statement of non-opposition to Defendant MOHELA's motion, and any reply briefing shall also be filed, in accordance with the Local Rules.

IT IS SO ORDERED.

Dated:   **March 31, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are further reminded that, pursuant to the revised Local Rules, the opposition or statement of non-opposition is due no less than fourteen days after filing of the motion (*i.e.*, the opposition/non-opposition is due by **April 8, 2022**), and any reply briefing is due no less than ten days after the filing of the opposition. See E.D. Cal. L.R. 230(c), (d) (Eff. Mar. 1. 2022). Nonetheless, as the Court is inclined to grant the requested stay of discovery in light of the pending dispositive motion, it is recommended that Plaintiff file her response to MOHELA's motion prior to the filing deadline, to the extent such filing is possible. The Court further notes the stay of discovery is requested as to MOHELA only and, if granted, would not alter the discovery obligations of the other Defendants, who did not join the pending motion for judgment on the pleadings or the instant motion to stay discovery.