# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STIPULATION<br><br>**DEADLINE: OCTOBER 20, 2022** |

　　　The parties came before the Court on October 12, 2022, for the hearing on Defendant Defendant Higher Education Loan Authority of the State of Missouri's ("MOHELA") motion for judgment on the pleadings. At the hearing, and as indicated in Plaintiff's briefing, Plaintiff agreed to dismiss her Rosenthal Fair Debt Collections Practices Act ("RFDCPA") claim (Count XIII) as asserted against Defendant MOHLEA only. In light of the Court's order permitting supplemental briefing on the motion for judgment on the pleadings, the Court shall direct the parties in the meantime to file a stipulation to dismiss the RFDCPA claim.

///

///

///

Accordingly, IT IS HEREBY ORDERED THAT the parties shall file a stipulation of dismissal as Plaintiff's Rosenthal Fair Debt Collections Practices Act ("RFDCPA") claim (Count XIII) as it is asserted against Defendant MOHLEA only, no later than **October 20, 2022**.

IT IS SO ORDERED.

Dated: __**October 12, 2022**__              _____
                                             UNITED STATES MAGISTRATE JUDGE