# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>  Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER GRANTING KATHERINE CARLTON ROBINSON'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 55) |

The Court has read and considered the application of Katherine Carlton Robinson, attorney for Defendant Equifax Information Services, LLC for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 55.) Having reviewed the application, Katherine Carlton Robinson's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **November 9, 2022**

_____
UNITED STATES MAGISTRATE JUDGE