**THOMPSON COBURN LLP**
**LUKAS SOSNICKI, CSB 295895**
lsosnicki@thompsoncoburn.com
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant HIGHER
EDUCATION LOAN AUTHORITY OF THE
STATE OF MISSOURI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>          Plaintiff,<br><br>     v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI D/B/A MOHELA, ACTION FINANCIAL SERVICES, LLC, TRANS UNION, LLC, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>The Hon. Ana de Alba<br>The Hon. Stanley A. Boone<br><br>**NOTICE OF WITHDRAWAL OF MOHELA'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Action Filed:     June 2, 2021 |

### NOTICE OF WITHDRAWAL OF MOHELA'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA"), by and through counsel, hereby withdraws its Motion for Judgment on the Pleadings (the "Motion"). In support, MOHELA states as follows:

1. On August 19, 2021, MOHELA moved for judgment on the pleadings. (ECF 24.)

2. Plaintiff Melissa Walker timely filed her Opposition to the Motion on September 7, 2021, and MOHELA filed its Reply on September 14, 2021.

3. This case was reassigned from the Honorable Dale A. Drozd to the Honorable Ana de Alba on August 24, 2022, and on September 12, 2022, the Motion was referred for

27984874

recommendations to the Honorable Stanley A. Boone, who heard oral argument on October 12, 2022.

4. At the October 12, 2022 hearing, the Court granted MOHELA's request to submit supplemental briefing to address the argument of why a motion for judgment on the pleadings was proper at this stage.

5. The Court further instructed the parties to confer as to whether the issues raised in the Motion should be addressed through a motion for summary judgment instead.

6. On November 14, 2022, the parties conferred regarding MOHELA's withdrawal of the Motion without prejudice to raising any arguments contained therein in any future motions, including a motion for summary judgment under Rule 56.

7. Plaintiff does not oppose the withdrawal of the Motion on that basis.

Accordingly, MOHELA hereby withdraws the Motion without prejudice to raising any arguments contained therein in any future motions, including a motion for summary judgment under Rule 56.

DATED:  November 14, 2022          THOMPSON COBURN LLP


By:  /s/ *Lukas Sosnicki*
**LUKAS SOSNICKI**
Attorneys for Defendant HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically on November 14, 2022 via ECF attachment to counsel as follows:

> Michael F. Cardoza
> mike.cardoza@cardozalawcorp.com
> Lauren B. Veggian
> lauren.veggian@cardozalawcorp.com
> The Cardoza Law Corporation
> 548 Market Street #80594
> San Francisco, CA 94104
> Tel: 415.488.8041 / Fax: 415.651.9700
>
> Ryan L. McBride
> ryan@kazlg.com
> 2633 E. Indian School Road, Suite 460
> Phoenix, AZ 85106
> Tel: 800.400.6806 / Fax: 800.520.5523
>
> Alan Gudino
> alan@kazlg.com
> 2221 Camino Del Rio South, Suite 101
> San Diego, CA 92108
> Tel: 619.233.7770 / Fax 800.530.5523

                                          */s/ Debbie G. Clow*
                                          Debbie G. Clow