# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>Plaintiff,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER RE NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 78)<br><br>**DEADLINE: JUNE 29, 2023** |

Plaintiff initiated this action on June 2, 2021, against Defendants Higher Education Loan Authority of the State of Missouri (MOHELA), Action Financial Services, LLC, Trans Union, LLC, and Equifax Information Services, LLC. (ECF No. 1.) Defendants have all answered the complaint. (See ECF Nos. 15, 18, 22, 23.) A scheduling order was issued on December 16, 2022. (ECF No. 63.)

On June 7, 2023, Plaintiff filed a notice of settlement indicating that Plaintiff has settled the matter as to Defendant Trans Union, LLC, only. (ECF No. 78.) The filing indicates these parties have settled and requests a deadline of August 7, 2023 (*i.e.*, a deadline of sixty days), to file the expected stipulation of dismissal.

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents

1

to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties request a deadline of August 7, 2023 to file the dispositional documents, but the filing contains no specific reason for requiring sixty days to dismiss the Defendant. Accordingly, at this time, the Court shall require Plaintiff to file dispositional documents within twenty-one (21) days, consistent with the Local Rules. See L.R. 160(b). At that point, if Plaintiff requires additional time to file dispositional documents as to this Defendant, Plaintiff may request an extension of the deadline upon a demonstration of good cause. Further, the parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents pertaining to Defendant Trans Union, LLC, on or before June 29, 2023.

IT IS SO ORDERED.

Dated: **June 8, 2023**

UNITED STATES MAGISTRATE JUDGE