# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>               Plaintiff,<br><br>     v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>               Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED<br><br>(ECF No. 81) |

On June 7, 2023, the parties notified the Court that they reached a resolution and were finalizing the settlement terms. (ECF Nos. 77, 78.)

On June 29, 2023, the parties filed a stipulated request for an extension of time to file the dispositional documents. (ECF No. 81.) The parties proffer they have been working diligently to finalize the settlement agreement but additional time is needed to gather the necessary signatures and perform their respective obligations under the settlement agreement. To the latter point, the Court advises the parties that, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court generally does not retain jurisdiction to oversee that the parties comply with the terms of the settlement, absent a properly-noticed motion seeking such relief (which has not been filed here). Further, the parties are reminded that requests

to extend filing deadlines that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension. Nonetheless, the Court is satisfied that some good cause exists for an extension and, in the interests of promoting case resolution, the Court will grant a final extension to file the dispositional documents.

Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional documents **no later than July 20, 2023**. Failure to comply with the Court's order will result in the imposition of sanctions, including monetary sanctions against all parties and their attorneys of record and dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 30, 2023**

UNITED STATES MAGISTRATE JUDGE