# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 90) |

　　　　A scheduling order for this matter originally issued on December 16, 2022. (ECF No. 63.) On September 18, 2023, the Court granted the parties' stipulated motion to extend the expert discovery deadline to October 30, 2023. (ECF No. 87.)

　　　　On October 18, 2023, the parties filed a stipulated continuance of the expert discovery cut off to extend the expert discovery deadline from October 30, 2023, until November 3, 2023. (ECF No. 90.) The parties do not request an extension of any other deadline. The Court construes the parties' request as a stipulated motion to modify the scheduling order. The parties proffer the instant request to modify only the date for the completion of the expert witness discovery is made necessary by the unexpected unavailability of one of Defendants' expert witnesses, Mr. Dean Binder, who was scheduled to be deposed on October 19, 2023. (Id. at 2-3.) Due to limitations on the available dates to reschedule the deposition, the parties assert the next

available date to depose Mr. Binder is November 3, 2023, four days after the expert discovery deadline. (Id. at 2.)

The Court finds good cause exists to grant the parties' stipulated motion based on the unexpected unavailability of Mr. Binder, limited extension, and given the parties do not request alteration of the dispositive motion or pretrial/trial dates.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 90) is GRANTED. The scheduling order is further modified as follows:

1. Expert Discovery Deadline: **November 3, 2023**; and
2. All other dates and deadlines as contained in the modified scheduling order remain set.

IT IS SO ORDERED.

Dated:   **October 18, 2023**

UNITED STATES MAGISTRATE JUDGE