# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE TRANS UNION, LLC AS DEFENDANT IN THIS ACTION<br><br>(ECF No. 84) |

On July 19, 2023, the parties filed a stipulation of dismissal of Defendant Action Financial Services, LLC, only, with prejudice and without an award of fees or costs. (ECF No. 83.) On July 20, 2023, the parties filed a stipulation of dismissal of Defendant Trans Union, LLC, only, with prejudice and without an award of fees or costs. (ECF No. 84.) On July 20, 2023, the Court dismissed Defendant Action Financial Services, LLC, pursuant to the first filed stipulation. (ECF No. 85.) However, the second stipulation was not entered by the Court.[1]

---

[1] The Court generally addresses filings promptly, and was made aware of the outstanding request due to a party contacting the Court directly. Here, the stipulations appeared on the docket as nearly identical entries, and the Court only received the proposed order for the first filed stipulation, not the second. See Local Rule 137(b); see also ECF No. 63 at 6-7 ("Additional requirements and more detailed procedures for courtroom practice before United States Magistrate Judge Stanley A. Boone can be found at the United States District Court for the Eastern District of California's website (www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB). In the area entitled 'Case Management Procedures,' there is a link to 'Standard Information.' All parties and counsel shall comply with the guidelines set forth therein."); see also https://www.caed.uscourts.gov /CAEDnew/assets/File/SAB-%20Chambers%20Information%20(March%202022)-CRD(1).pdf ("As required by

1

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997); <u>see also</u> <u>Concha v. London</u>, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")); <u>Hells Canyon Pres. Council v. U.S. Forest Serv.</u>, 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action.").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Trans Union, LLC, from this action with prejudice.

IT IS SO ORDERED.

Dated:   **October 21, 2023**

UNITED STATES MAGISTRATE JUDGE

---

Local Rule 137(b), counsel shall submit all proposed orders, stipulations, etc., in Microsoft Word format, to chambers at saborders@caed.uscourts.gov.").

2