# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE EQUIFAX INFORMATION SERVICES, LLC, AS DEFENDANT IN THIS ACTION<br><br>(ECF No. 95) |

On November 1, 2023, the parties filed a stipulation of dismissal of Defendant Equifax Information Services, LLC, only, with prejudice and without an award of fees or costs. (ECF No. 95.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice."); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action.").

///

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Equifax Information Services, LLC, from this action with prejudice.

IT IS SO ORDERED.

Dated: __**November 2, 2023**__            _____
                                            UNITED STATES MAGISTRATE JUDGE