# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>Plaintiff,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>Defendants. | Case No. 1:21-cv-00879-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO A SEVEN DAY EXTENSION OF TIME TO FILE OPPOSITION BRIEFS<br><br>(ECF No. 101) |

On November 20, 2023, Plaintiff filed a motion for partial summary adjudication and Defendant filed a motion for summary judgment. (ECF Nos. 98, 99.) The current deadline for Defendant to file an opposition to Plaintiff's motion and for Plaintiff to file an opposition to Defendant's motion is December 4, 2023.

On November 29, 2023, the parties filed a stipulated motion to extend the deadline for each party to file their respective opposition briefs by seven days. (ECF No. 101.) The parties proffer Defendant's counsel suffered a personal loss which requires immediate international travel. The Court finds good cause exists to grant the parties' stipulated motion given the timely request and unexpected unavailability of Defendant's counsel.

///

///

1

1  The Court informs the parties that due to the recent appointment of Judge de Alba to the Ninth Circuit, no District Judge is currently assigned to the pending action.[1] The parties are reminded that Magistrate Judges are available to conduct case dispositive proceedings, including motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of a final judgment. However, exercise of this jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. To consent or decline to Magistrate Judge jurisdiction, a party may sign and file the consent form available on the Court's website, at: http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/. Parties may consent, decline, or withhold consent without any adverse consequences, and the assigned Magistrate Judge will not be informed of the individual party's holding or withholding of consent.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to extend the deadline for Defendant to file its opposition to Plaintiff's motion for partial summary adjudication and for Plaintiff to file her opposition to Defendant's motion for summary judgment (ECF No. 90) is GRANTED. The deadline to file both opposition briefs is **December 11, 2023**.

IT IS SO ORDERED.

Dated:   **November 29, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court emphasizes that aside from the recent appointment leaving this case unassigned to an active District Judge, the District Judges in the Eastern District are among the busiest in the nation. (See ECF No. 40 entered in Case No. 1:20-cv-01069-ADA-SAB ("The parties are further advised that due to the judicial resource emergency and COVID pandemic, there are more than 130 motions currently under submission in Judge de Alba's recently re-assigned caseload. The Court understands the impact that such a backlog has on the parties and although the Court will continue working diligently to resolve all pending motions, it may still be months before the parties' pending motion is resolved. As such, in light of having the heaviest district court caseload in the nation, limited Court resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court strongly encourages the parties to consent to conduct all further proceedings before a U.S. Magistrate Judge.").)