1  **THOMPSON COBURN LLP**
   **LUKAS SOSNICKI, CSB 295895**
2  lsosnicki@thompsoncoburn.com
   **VIVIANA BOERO HEDRICK, CSB 239359**
3  vhedrick@thompsoncoburn.com
   10100 Santa Monica Blvd., Suite 500
4  Los Angeles, California 90067
   Tel: 310.282.2500 / Fax: 310.282.2501
5

6  Attorneys for Defendant
   HIGHER EDUCATION LOAN AUTHORITY
7  OF THE STATE OF MISSOURI

8

9              UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

| | |
|---|---|
| 12  MELISSA LOIS WALKER, | CASE NO. 1:21-cv-00879-NODJ-SAB |
| 13           Plaintiff, | No District Judge Assigned |
| 14      v. | Hon. Stanley A. Boone |
| 15  HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI D/B/A MOHELA, ACTION FINANCIAL, SERVICES, LLC, TRANS UNION, LLC, AND EQUIFAX INFORMATION SERVICES, | **ORDER RE MOHELA'S REQUEST TO SEAL DOCUMENTS LODGED BY PLAINTIFF IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| 18           Defendant. | *[Filed Concurrently with Request to Seal Documents Lodged by Plaintiff and Declaration of Viviana Boero Hedrick]* |
| 21 | Action Filed:   June 2, 2021 |

32012463

# ORDER

On February 29, 2024, pursuant to Local Rule 141, Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") submitted a request to seal the following items (the "Request") lodged by Plaintiff Melissa L. Walker ("Plaintiff") in support of Plaintiff's Reply to her Motion for Partial Summary Adjudication ("Plaintiff's Reply"):

- Exhibit Z to Plaintiff's Reply (MOHELA000647-000649);
- Plaintiff's unredacted Reply at page:line no.: 7:5-15; and
- Plaintiff's unredacted Statement of Additional Undisputed Material Facts ("Plaintiff's AUF") at AUF 2 (collectively, the "Requested Sealed Material").

The declaration of Viviana Boero Hedrick ("Hedrick Declaration") in support of MOHELA's Request supports sealing the Requested Sealed Material. Having considered MOHELA's Request and the Hedrick Declaration, and for compelling reasons presented and/or good cause appearing, the Request to file under seal is hereby GRANTED. The following document and excerpts in Plaintiff's Reply and Plaintiff's AUF, lodged provisionally under seal, shall remain under seal as follows until further order of the Court:

**Document and Excerpts to be Filed Under Seal**

- Exhibit Z to Plaintiff's Reply (MOHELA000647-000649);
- In Plaintiff's Reply – The excerpt found at page:line no.: 7:5-15; and
- Plaintiff's AUF at AUF 2.

IT IS SO ORDERED.

Date: March 6, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

32012463