**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA LOIS WALKER, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, Doing business as MOHELA, <br><br> Defendant - Appellant, <br><br> and <br><br> ACTION FINANCIAL SERVICES, LLC; et al., <br><br> Defendants. | No. 24-5259 <br><br> D.C. No. 1:21-cv-00879-KES-SAB Eastern District of California, Fresno <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 11), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator