# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LOIS WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00879-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 130) |

　　　　On February 11, 2025, the parties filed a stipulation dismissing this action. In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

　　　　Accordingly, the Clerk of the Court is hereby directed to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **February 12, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge